# UNITED STATES DISTRICT COURT

## FOR THE MIDDLE DISTRICT OF TENNESSEE

### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:09-CR-00240 |
| | ) | Magistrate Judge Bryant |
| | ) | |
| JERMAINE M. SMITH | ) | (Senior Judge Nixon) |
|     a/k/a "C-Yella" | ) | |
| | ) | |
| AKIN I. FLOYD | ) | |
|     a/k/a "F-Loc" | ) | |
| | ) | |
| SAMANTHA COLLINS | ) | |

## MOTION TO PARTIALLY UNSEAL INDICTMENT

Comes now the United States and requests the indictment in this case be partially unsealed since defendants Jermaine M. Smith, a/k/a "C-Yella," Akin I. Floyd, a/k./a "F-Loc," and Samantha Collins are in custody, should be provided notice of the charges against them in the indictment, and notice thereof will not present a risk to the officers responsible for arresting the remaining defendants. The remaining defendants have not yet been arrested on these charges, and the indictment should remain under seal as to those remaining defendants.