UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE SECTION

| UNITED STATES OF AMERICA | ] | |
|---|---|---|
| | ] | |
| VS. | ] | CRIM. CASE NO. 3:09-CR-00240 - 12 |
| | ] | JUDGE NIXON |
| JERMAINE SMITH, et al | ] | |

## AGREED ORDER

This matter is before the Court on the Defendant's Motion to Allow Access to Lap Top Computer [Doc. No. 1245], and the Defendant's pro se motions (1) Requesting New Attorney [Doc. No. 1354], (2) For Ruling on Previously Filed Motions [Doc. No. 1355], and to Withdraw Guilty Plea [Doc. No. 1356]. The Defendant's Motion to Allow Access to Lap Top Computer [Doc. No. 1245] and the Defendant's pro se Motion For Ruling on Previously Filed Motions [Doc. No. 1355] are **HEREBY GRANTED**, and the U.S. Marshal's Office is **HEREBY ORDERED** to move the Defendant to an appropriate facility where he will be allowed access to a lap top computer to be supplied by defense counsel for the purpose of reviewing the discovery materials in his case.

Upon the Defendant's oral motion in open Court, the Defendant's pro se Motion Requesting New Attorney [Doc. No. 1354] and Motion to Withdraw Guilty Plea [Doc. No. 1356], are hereby stricken.

IT IS SO ORDERED THIS THE __22nd__ DAY OF OCTOBER, 2012.

HON. JOHN NIXON
U.S. DISTRICT COURT
MIDDLE DISTRICT, TENNESSEE

APPROVED FOR ENTRY:

s/Dwight E. Scott
Attorney for Defendant


s/Sunny Koshy (by permission)
Asst. United States Attorney